Keary Jack KIMBLE, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 84SC370.

Supreme Court of Colorado.

Feb. 4, 1985.

Nicholas R. Massaro, Sp. Deputy Public
Defender, Grand Junction, for petitioner.

John Milton Hutchins, 1st Asst. Atty.
Gen., Denver, for respondent.

ORDER OF COURT

Upon consideration of the Petition for
Writ of Certiorari filed in the above cause,
692 P.2d 1142, and now being sufficiently
advised in the premises,

IT IS THIS DAY ORDERED that said
Petition shall be, and the same hereby is,
*Granted*, and that briefs shall be filed as
follows:

(a) Petitioner's Opening Brief shall be
filed within forty days from this date;

(b) Respondent's Answer Brief shall be
filed within thirty days from receipt
of the Opening Brief;

(c) Petitioner's Reply Brief may be filed
within fourteen days from receipt of
the Answer Brief.

BY THE COURT, EN BANC, FEBRU-
ARY 4, 1985.

The summary of the issue(s) as an-
nounced by the Court this day is as follows:

Whether the court of appeals erred in
refusing to order the trial court to dismiss
all charges due to a violation of petitioner's
right to a speedy trial under the detainer
statute, section 16–14–101, –108, 8 C.R.S.
(1978).